# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00843-CV

**AZ & Associates, L.P. d/b/a Red Robin, Appellant**

**v.**

**Amstar Engineering, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-09-005717, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant AZ & Associates, L.P. d/b/a Red Robin has filed an unopposed motion to dismiss the appeal, explaining that the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed:   June 7, 2013